United States Courts
Southern District of Texas
**FILED**

AUG 12 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Criminal No. **4:25-cr-00419** |
| § | |
| ANDREW DAVID SIKES, § | |
| Defendant. § | |

## INFORMATION

The United States Attorney Charges:

### COUNT ONE

Threatening a Federal Official
(18 U.S.C. § 115(a)(1)(B))

On or about July 3, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ANDREW DAVID SIKES,**

the defendant herein, threatened to assault and murder a United States Official, to wit, a Member of Congress, with intent to impede, intimidate, and interfere with Member of Congress 1 while engaged in the performance of official duties and with the intent to retaliate against Member of Congress 1 on account of the performance of official duties,

In violation of Title 18, United States Code, Sections 115(a)(1)(B).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

BY: _____
CAROLYN FERKO
ASSISTANT U.S. ATTORNEY