UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: **4:25-cr-00419** |
| v. | |
| ANDREW DAVID SIKES | |

## ORDER FOR ISSUANCE OF NOTICE

A <u>CRIMINAL INFORMATION</u> has been filed against the defendant who is

☑ Released on Conditions  ☐ Detained  ☐ In Custody   It is

ORDERED that a notice be issued for the appearance of said defendant <u>August 18, 2025</u>

at <u>10:00 AM</u>.

SIGNED at Houston, Texas, on <u>August 13, 2025</u>.

_____
UNITED STATES MAGISTRATE JUDGE