AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **4:25-cr-00419** |
| ANDREW DAVID SIKES | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/9/2025

*Andrew D. Sikes*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

DAVID ADLER
*Printed name of defendant's attorney*

*Peter Bray U.S.M.J.*
*Judge's signature*

Peter Bray, United States Magistrate Judge
*Judge's printed name and title*